IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

Drake A. Edwards,

    Plaintiff,

    - vs -

Montgomery County Sheriff Department, et al.,

    Defendant.

Case No. 3:08-cv-397

District Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Complaint is dismissed with prejudice. The captioned cause remains terminated upon the docket records of the United States Court for the Southern District of Ohio, Western Division at Dayton.

November 25, 2008

Thomas M. Rose
United States District Judge